AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois



CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br>VICTOR ESPARZA-SOSA, aka<br>ANIBAL ROJAS-SARAVIA, aka<br>ANIBAL ROSAS<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)  21-CR- MJ-7103<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2021__ in the county of __Champaign__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(5) | Possession of a firearm by an illegal alien |

This criminal complaint is based on these facts:

See affidavt of DHS/HSI Special Agent Trevor Waite

☐ Continued on the attached sheet.

s/Trevor Waite

_____
Complainant's signature

Trevor Waite, DHS/HSI Special Agent
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone and email.

s/Eric I. Long

Date: 8/30/2021

Judge's signature

City and state: Urbana, IL

Hon. Eric I. Long, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Trevor S. Waite, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Special Agent (SA) with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Office of the Resident Agent in Charge (RAC) in Springfield, Illinois. I have been employed as a Special Agent since December of 2009. I have received training at the Federal Law Enforcement Training Center, in Glynco, Georgia. Prior to becoming a SA with ICE, I was a Police Officer with the New York State University Police, in Oswego, New York, from May of 2008 until joining ICE in December of 2009. In order to become a certified Police Officer in New York State I graduated from the Central New York Police Academy, in Syracuse, New York. Prior to becoming a Police Officer, I earned a Bachelor of Arts in History degree, with a Minor in Criminal Justice, from the State University of New York at Potsdam in December of 2007.

2. In my duties, I am assigned to investigate alleged violations of the United States Code, including activities which constitute the possession of firearms by aliens who are illegally present in the United States.

3. This affidavit is made in support of a criminal complaint charging Victor Hugo Esparza-Sosa (DOB 05/06/1981, A205 283 247, FBI 162727NC2) AKA Anibal Rojas-Saravia (AKA DOB 12/31/1979), AKA Anibal Rosas, (hereinafter referred to as Esparza-Sosa) with the offense of unlawful possession of a firearm by an illegal alien in

violation of Title 18, United States Code, Section 922(g)(5). A warrant for the arrest of the defendant is requested.

4. On August 28th, 2021, at approximately 2354 hours, Champaign County Sheriff's Office (CCSO) Deputies were dispatched to the area of Northwood Mobile Home Park, Urbana, Illinois, to investigate the report of a shots fired call. Deputies arrived shortly thereafter and checked the area but were unable to locate any evidence connected to the reports made by residents in the area of hearing what sounded like gun shots.

5. On August 29th, 2021, CCSO Deputies were again dispatched to Northwood Mobile Home Park, specifically to #66 Northwood Drive, where resident M.B. reported hearing gunshots. Sergeant Seth Herrig located one fired spent ammunition shell casing on the ground in the street outside of M.B.'s residence. Deputy Nicholas Mayo spoke with M.B. and learned the following information from her: M.B. stated that she was sleeping and woke to the sound of two gunshots being fired. M.B. hurried outside her residence and noticed a vehicle speeding away. M.B. returned inside her residence and approximately ten minutes later she heard more gunshots followed again by the sound of a vehicle speeding away from the area. M.B. dialed 911 and reported what she heard. M.B. told Deputy Mayo that she thought the suspect that was responsible for the shooting was possibly related to some "Mexican guy" that lived in the area, with M.B. pointing in the direction towards George Drive, that had been threatening her uncle, B.L.

6. Several additional reporting persons also called 911 to report hearing the shots being fired.

7. Deputy Matthew Cummings spoke with witness C.L. and learned from him that C.L. had been at 45 Northwood Drive and at approximately 0330 hours he witnessed a silver colored "Silverado" (Chevrolet truck) driving westbound on Northwood Drive. C.L. heard two gunshots being fired at the time the truck was driving by. C.L. did not see the occupants of the truck and did not see the shots being fired, he assumed that the shots that were fired had originated from the truck. C.L. stated that at approximately 0410 hours he witnessed the same silver colored truck driving eastbound on Northwood Drive, passing the same location, which was further described as the "curve" in the roadway on Northwood Drive. C.L. heard what sounded like five shots being fired from the truck. C.L. did not see who fired the shots and did not see the gun that fired the shots, he only heard what sounded like five shots being fired.

8. Deputy Cummings spoke with witness N.R. at 45 Northwood Drive. N.R. stated that at approximately 0338 hours she witnessed a truck driving westbound on Northwood Drive and described it as traveling at a "high rate of speed". N.R. reported that she witnessed two gunshots being fired from the driver's side window of the truck. N.R. reported seeing a handgun pointed out the driver's side window with the gun being pointed up towards the sky. N.R. stated that at approximately 0410 hours she observed the same truck now driving eastbound on Northwood Drive near the curve in the road with the truck traveling fast. N.R. saw somebody holding a gun out the driver's side window and then heard five shots being fired from the gun. N.R. was unable to identify the truck and unable to see the occupant(s) of the truck due to it traveling at a fast speed.

9. Deputy Cummings spoke with witness E.H. at 45 Northwood Drive E.H. stated that he had been attending the small party at 45 Northwood Drive and at

3

approximately 0330 hours he observed a silver-colored truck driven by an unknown person traveling westbound on Northwood Drive. E.H. reported seeing a "black colored" handgun being pointed out the driver's side window of the truck. E.H. stated that he did see the hand that was holding the handgun and he believed the hand belonged to a Hispanic individual, basing his belief on the color of the skin tone of the hand. E.H. stated the shooter pointed the handgun into the air and fired four to five shots.

10. Deputy Justin Wilmore spoke with witness B.L. who had walked over to his niece's, M.B.'s, residence, at 66 Northwood Drive. B.L. informed Deputy Wilmore that he believed Victor Esparza-Sosa was the individual that had been driving the truck and that had fired the handgun. B.L. stated that prior to becoming "homeless" he had been, for a period, living with Esparza-Sosa at 155 George Street, Urbana, (located in Northwood Mobile Home Park). B.L. stated that a couple of months ago he moved out from Esparza-Sosa's residence and B.L. still owes Esparza-Sosa money, $2,000.00, for past rent and drugs. B.L. stated that he had been attending the small party at 45 Northwood Drive and he had been sitting down in a chair underneath a tent when Esparza-Sosa drive by in his gray or silver colored "Silverado" truck. B.L. stated that the truck was a single cab model and that it had a black colored toolbox located in the bed of the truck. B.L. stated that he did not believe that Esparza-Sosa noticed him being present at the party when he drove by. B.L. stated that Esparza-Sosa first drove westbound past 45 Northwood Drive when B.L. heard gun shots. B.L. said that minutes later Esparza-Sosa then turned around and drove past again, but this time was traveling in the opposite direction. B.L. said that Esparza-Sosa fired more shots as he drove past. B.L. described the location of Esparza-Sosa's residence and told Deputies that in addition to the gray or

4

silver colored truck, Esparza-Sosa also owned a Chevrolet S10 pickup truck that was described as black and red in color. Deputies later observed the S10 truck at the 155 George Street address.

11. Deputy Nicholas Mayo reported that B.L. also stated that Esparza-Sosa had a "storage unit" described by M.B. as being at the Own Your Own Storage, a business located at 1502 E. Airport Road, Urbana, Champaign County, Illinois. B.L. reported that Esparza-Sosa kept two guns inside the storage unit. B.L. described one gun as being a revolver type of handgun and the other gun was not further described. B.L. told Deputy Mayo that Esparza-Sosa kept drugs inside the toolbox located in the bed of the Silverado truck.

12. Based on the information that Deputy Mayo had learned regarding the storage unit, Sergeant Mark McCallister drove to Own Your Own Storage and began checking the business. Sergeant McCallister located a silver-colored GMC single cab full size truck with a black colored toolbox in the bed parked on the west side of storage building "F". Sergeant McCallister described storage building "F" as being a larger building with an entry door opening to an area that then has an arrangement of upper level and main level small sized storage units. Signage inside building "F" directs the way to units #4005-4010 on the main level and units #4037-4043 on the upper level. Sergeant McCallister checked the registration, Illinois license plate 3199936B, on the truck and learned that it was registered to a female, Stacey Cooke, with an address listed in Peoria, Illinois. Sergeant McCallister stated that the truck was locked and when he looked into the cab through the driver's side door glass, he could see two spent ammunition shell casings inside on the seat. Sergeant McCallister stated that while he

5

was checking the truck, he observed a Hispanic male standing in the doorway of the entry to building "F". Sergeant McCallister approached this male subject and asked him who he was and if the truck was his. The Hispanic male stated that his name was Victor and that he drives the silver-colored GMC truck, but he was not the owner of it. Sergeant McCallister stated that Esparza-Sosa began telling him that his wife had been cheating on him with B.L. and that he had been upset about the infidelity. Esparza-Sosa then began to walk away from Sergeant McCallister and back into the storage unit building "F". Deputy Mayo arrived to assist Sergeant McCallister at the storage unit building. Sergeant McCallister asked Esparza-Sosa if he had the keys to the truck and Esparza-Sosa acted like he was checking his pockets for the keys and then turned to head back to the storage unit upstairs at 4040. Sergeant McCallister told Esparza-Sosa that if he was going back inside to the unit to get the keys then Sergeant McCallister would have to go with him. Knowing this Esparza-Sosa turned and began heading back to the storage unit with Sergeant McCallister and Deputy Mayo. Sergeant McCallister stated that as they arrived at the entry door with the white colored numerals "4040" spray painted on it he could see a dresser inside the storage unit that Esparza-Sosa began heading towards. Sergeant McCallister stated that he observed a semi-auto handgun with an extended magazine on top of the dresser. Upon seeing this Sergeant McCallister ordered Esparza-Sosa to stop and, with the assistance of Deputy Mayo, Esparza-Sosa was prevented from approaching the dresser. Deputy Mayo grabbed ahold of Esparza-Sosa and removed him from the storage unit. Sergeant McCallister stated that to him it appeared that Esparza-Sosa's intention was to push the gun off the top of the dresser to prevent the police from seeing the gun. Sergeant McCallister stated that during this separation of Esparza-Sosa from the

storage unit he noticed what appeared like a white colored powdery substance, consistent with the appearance of cocaine, being on the top of the dresser. Sergeant McCallister secured the storage unit and did not search it.

13.  Deputy Mayo arrested Esparza-Sosa and transported Esparza-Sosa to the Champaign County Satellite Jail. Deputy Mayo interviewed Esparza-Sosa following his arrest. Prior to questioning, Esparza-Sosa was advised of his rights, per *Miranda*, and Esparza-Sosa agreed to speak with Deputy Mayo. Esparza-Sosa stated to Deputy Mayo that he had fired two shots up in the air from the truck which he had driven past 45 and 66 Northwood Drive. Esparza-Sosa stated that he fired the shots because he was upset that his girlfriend had been cheating on him with B.L. Esparza-Sosa admitted that after driving past Northwood and shooting the gun he took the storage unit key from his girlfriend and then drove the truck to Own Your Own Storage, where he decided to "hang out". Esparza-Sosa admitted that he kept one gun inside the storage unit. Esparza-Sosa further admitted to discharging the handgun that Sergeant McCallister and Deputy Mayo had seen on the dresser in the storage unit at "4040". Esparza-Sosa made remarks to Deputy Mayo that while he was at the storage unit he had been thinking about killing himself.

14.  CCSO Detective/HSI Task Force Officer Dwayne Roelfs sought for and was granted a warrant to search storage unit 4040, located inside building "F" at Own Your Own Storage by Sixth Judicial Circuit Court of Illinois Judge Randall Rosenbaum. During the subsequent search of storage unit 4040, law enforcement located, amongst other items, an Arex Delta Model 9x19mm handgun bearing serial number G01092, as well as approximately 2,607.7 gross grams suspected methamphetamine.

15. On August 29, 2021, TFO Roelfs contacted your affiant and relayed the investigation as described above. Your affiant conducted records checks of the National Crime Information Center (NCIC) and other law enforcement databases with the provided name and date of birth for Esparza-Sosa. Your affiant found a possible match in NCIC, Anibal Rosas, with aliases of Anibal Rojas-Saravia and Victor H Esparza, amongst others, and a listed FBI number of 162727NC2. Your affiant found during encounters with law enforcement this subject had reported his place of birth to be Mexico. These records checks further indicated that Esparza-Sosa, utilizing the name Anibal Rojas-Saravia, had been previously removed from the United States to Mexico in 2013, following a 2012 conviction for Manufacture/Delivery of Cannabis, in which this subject was sentenced to five (5) years incarceration in the Illinois Department of Corrections.

16. On August 30, 2021, your affiant spoke to Esparza-Sosa who maintained his identity is Victor Hugo Esparza. Esparza-Sosa admitted that he is not a United States citizen and is a native of Mexico. Your affiant conducted records checks of immigration databases which indicated that there are currently no applications for Immigration benefits filed on behalf of Esparza-Sosa. Said databases also showed no record of Esparza-Sosa seeking permission to reapply for admission to the US from either the Attorney General of the United States or the Secretary of the United States Department of Homeland Security since his last removal.

17. On August 30, 2021, your affiant submitted fingerprint impressions taken during the booking in process for the aforementioned CCSO arrest. Those fingerprint impressions were submitted to the FBI through the Integrated Automated Fingerprint

Identification System (IAFIS). The results of the submitted IAFIS inquiry showed Esparza-Sosa's fingerprints positively matched the fingerprints on file associated with the arrest records and criminal history pertaining to FBI number 162727NC2 and alien registration file number A205 283 247.

18. Based on the foregoing information, I respectfully submit that there is probable cause to believe that Victor Hugo Esparza-Sosa AKA Anibal Rojas-Saravia AKA Anibal Rosas, has violated Title 18, United States Code, Section 922(g)(5) (unlawful possession of a firearm by an illegal alien). These violations occurred in Champaign County, Illinois within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/Trevor Waite

Trevor S. Waite
Special Agent,
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

Subscribed and sworn before me this 30th day of August, 2021
s/Eric I. Long

HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE